AO 241 (Rev. 01/15)          Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

FILED
RICHARD W. NAGEL
CLERK OF COURT
JAN 14 2025 1:28 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

| United States District Court | District: |
|---|---|
| Name (under which you were convicted): Antwane L. Foster | Docket or Case No.: |
| Place of Confinement: Noble Correctional Institution | Prisoner No.: A-793-137 |

Petitioner (include the name under which you were convicted)

v.

Respondent (authorized person having custody of petitioner)

The Attorney General of the State of: OHIO

2:25 CV 0033
JUDGE WATSON
MAGISTRATE JUDGE JOLSON

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Summit County Court of Common Pleas

   (b) Criminal docket or case number (if you know): CR 20 05 2128

2. (a) Date of the judgment of conviction (if you know): ___
   (b) Date of sentencing: 6-14-22

3. Length of sentence: 30 year to life

4. In this case, were you convicted on more than one count or of more than one crime? ☑ Yes ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: Rape, aggravated burglary, kidnapping, and gross sexual imposition. Sexual motivation specification and sexually violent predator.

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty       ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____
_____
_____
_____
_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☑ Jury     ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes     ☑ No

8. Did you appeal from the judgment of conviction?

    ☑ Yes     ☐ No

9. If you did appeal, answer the following:

(a) Name of court: NINTH JUDICIAL DISTRICT COURT OF APPEALS
(b) Docket or case number (if you know): 30493
(c) Result: Denied
(d) Date of result (if you know): July 19th 2023
(e) Citation to the case (if you know): State v. Foster 2023-Ohio-2466
(f) Grounds raised: (1) CONVICTIONS WERE NOT BASED UPON SUFFICIENT EVIDENCE AS A MATTER OF LAW. (2) CONVICTIONS WERE AGAINST THE MANIFEST WEIGHT OF THE EVIDENCE (3) WAS DENIED EFFECTIVE ASSISTANCE OF COUNSEL AS GUARANTEED BY THE SIXTH AND FOURTEENTH AMENDMENTS OF THE U.S. CONSTITUTION; AND ARTICLE 1, SECTION 10, OHIO CONSTITUTION.

(g) Did you seek further review by a higher state court?     ☑ Yes     ☐ No

    If yes, answer the following:

    (1) Name of court: THE SUPREME COURT OF OHIO
    (2) Docket or case number (if you know): 2024-0626
    (3) Result: Denied

    (4) Date of result (if you know): July 9th 2024

AO 241 (Rev. 01/15)

Page 4

(5) Citation to the case (if you know): _____

(6) Grounds raised: _SAme as above_ _____

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _Court of Appeal Ninth Appellate District_

(2) Docket or case number (if you know): _CA-30443_

(3) Date of filing (if you know): _Oct 6, 2023_

(4) Nature of the proceeding: _26 B Application_

(5) Grounds raised: _See extra sheet_

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: _Denied_

(8) Date of result (if you know): _04/03/24_

AO 241
(Rev. 01/15)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes   ☐ No
(2) Second petition:   ☐ Yes   ☐ No
(3) Third petition:    ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** MR FOSTER'S CONVICTIONS WERE NOT BASED UPON SUFFICIENT EVIDENCE AS A MATTER OF LAW

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
the DNA evidence is not indicative of "threat of force" and SA's "testimony" could not convince the average mind that the sexual encounter was a result of force or threat by Mr. Foster

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

AO 241 (Rev. 01/15)

Page 7

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☒ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

AO 241
(Rev. 01/15)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** Petitioner's Convictions were against the manifest weight of the evidence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Convictions for rape, gross sexual imposition, and kidnapping were against the manifest weight of the evidence. Specifically, petitioner argues no rational trier of fact could find petitioner guilty of these crimes based upon S.A.'s testimony and identification of petitioner.

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No
(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

**GROUND THREE:** Petitioner was denied effective assistance of counsel as guaranteed by the Sixth and fourteenth amendments of the U.S. Constitution and Article I, section 10, Ohio Constitution.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was denied the effective assistance of counsel. Petitioner argues his counsel failed to: (1) obtain and present evidence Petitioner and the victim knew each other prior to the incident; and (2) object to the admission of Petitioners jail calls due to improper foundation.

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____
_____

**GROUND FOUR:** Petitioner's convictions is not supported by sufficient DNA evidence.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

the DNA evidence presented here was insufficient! Before finding sufficient evidence of the presence of [saliva], courts aught to insist that even positive AP spot test result be confirmed through alternative testing techniques such as p30 testing.

_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____
_____
_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 01/15)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

(e)     Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

Ground Five - The DNA test used in this case was outdated and unreliable, and its allowance absent by any further testing resulted in the ineffective assistance of counsel, abuse of discretion by the trial court, and prosecutorial misconduct.

(a) Supporting facts - the DNA evidence was significantly tainted by the actions of the prosecutor. Beyond this, the Doctor, the State, the court, and defense counsel were all complicit in allowing an ineffective, unreliable, and outdated test (by over twenty years) to be permitted into evidence absent further testing. The test used here was the acid phosphate spot test.

Ground Six - The court erred by failing to merge the Rape, Aggravated Burglary, and Kidnapping charges.

Supporting Facts - Petitioner invokes these double-jeopardy protections, characterizing his Rape, Aggravated Burglary, and Kidnapping convictions as allied offenses that should have triggered merger.

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: NOT GIVEN A HEARING

(b) At arraignment and plea: Colin George Meeker 495 Portage Lake Dr Akron, Ohio 44319

(c) At trial: Edward Smith 2108 Braewick Circle Suite 201 Akron, Ohio 44313

(d) At sentencing: Edward Smith 2108 Braewick Circle Suite 201 Akron, Ohio 44313

(e) On appeal: Wesley Buchanan 50 S. Main St Suite 625 Akron, Ohio 44308

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☐ Yes ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 01/15)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _____

_____

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ✷ 01·08·25 (month, date, year).

Executed (signed) on ✷ 12·30·24 (date).

✷ _____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____